UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOEL RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>BJ DISTRIBUTION, LLC d/b/a BROTHER JIMMY'S BBQ and JIMMY GOLDMAN,<br><br>Defendants. | Civil Action No. 10 CV 1169 (AKH) (HBP)<br><br>**NOTICE OF MOTION TO COMPEL THIRD PARTY GREEN APPLE BBQ TO COMPLY WITH SUBPOENA** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Affidavit of Felice B. Ekelman, Esq. (dated August 13, 2010), Defendant BJ Distribution, LLC d/b/a Brother Jimmy's BBQ ("Defendant"), by and through its undersigned attorneys, Jackson Lewis LLP, will move before the Honorable Alvin K. Hellerstein at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an Order granting Defendant's Motion to Compel Third Party Green Apple BBQ to Comply with Subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure.

Dated: August 13, 2010
      New York, New York

                                    Respectfully submitted,

                                    JACKSON LEWIS LLP
                                    59 Maiden Lane
                                    New York, New York 10038-4502
                                    (212) 545-4000
                            By: _____
                                    Felice B. Ekelman (FE 5692)
                                    Allison C. Spivak (AS 1628)

                                  ATTORNEYS FOR DEFENDANT